UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF PUERTO RICO

**SHEILA MALDONADO SANTIAGO,**     CIVIL NO. 03-1427(DRD)
    Plaintiff
v.

**HOSPITAL DE LA U.P.R., et als.,**
    Defendant

## ORDER FOR DISBURSEMENT OF FUNDS

Pending before the Court is plaintiff's *Informative Motion* (Docket No. 66). Through said motion, plaintiff moves the Court to allow them to withdraw the funds deposited by defendants *in lieu* of the settlement reached among the parties. A check was deposited within the registry of the U.S. District Court for the amount of **$60,000.00** in Account No. 4008054911. As of today, plaintiff's motion remains unopposed.

The Court **GRANTS** plaintiff's *Informative Motion* (Docket No. 66). Accordingly, the Clerk of the Court is **INSTRUCTED** to issue a check in the amount of **Twenty One Thousand, One Hundred Sixty Four Dollars ($21,164.00)** payable to the order of **Mr. Gil de Lamadrid, PSC**, and another check in the amount of **Thirty Eight Thousand, Eight Hundred Thirty Six Dollars ($38,836.00)** plus interest, less registry fees, payable to the order of **Ms. Lizzette Santiago**, mother and legal guardian of plaintiff **Sheila Maldonado Santiago**.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 17th day of October of 2005.

                                                S/ Daniel R. Dominguez
                                                **DANIEL R. DOMINGUEZ**
                                                **U.S. DISTRICT JUDGE**